### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x

| | |
|---|---|
| SUSIE DRAKEFORD, ESTATE OF DANIEL DRAKEFORD, REATHA TALIAFERRO-SMITH, CLAUDINE B. HOOD, JOSEPH SHAMANSKI PERRY GAINES, ALBERTIA PITTMAN, ADA SNEAD, EMMA HAMILTON, MICHAEL KOELSCH, THADDEUS GLADDEN, KEN GANDERO, BRUCE HOEHLE, WILLIAM LACINA, GEORGE HARTWIG JOANN LAIRD, CHRISTINE MITCHELL, CARL OWENS, RONALD RATOFF, RUTH FISHER, QUEEN MCKEY, WILLIAM PEKURNEY, BERLIN SMITH, JOHN SMITH, GERARDO ARCE, ANTONIO BASQUE, ZSUZSANNA BICSAK, YVONNE BRIGHT, ALEXANDER CRUZ, STANLEY DUNAY, DAVID DUSKO, CHERI EDWARDS, JOSEPH ELIEZER, BENJAMIN FULLMAN, DENISE GLADDEN EDWARD RICHARDS, EUGENE GRZYB, ANTHONY HADZIMICHALIS, ERIK HAUK, ELAINE JAMES, JOHN JACKSON, ANTONY JOSEPH, JAN KOWALCZUK, GOPICHAND JASTI, BRUCE MIKLASZEWSKI, JOHN PICH, CLYDE REDMAN, ILONA SCHMID, DIANE SCHULTZ, JOANNE SHAMANSKI, WALTER SIMS, CHRISTINE STASZAK, ANATOLE STEPANOU, GEORGE SUVEGES, BARBARA TORRES, GERALD TRAVIS, DAVID WANTUCH, MICHAEL WOLF, CAROLINE ZIRCH, LOUIS LANGONE. HENRY SERVON, PETER LYNCH, ROBERT GOLDEN, JOSEPH BAILEY, LARRY BLUNT, CHARLES GARDNER, ROBERT VAN DEVENTER, RONALD WILLIAMS, RICHARD BATES, SR, JOAO FERREIRA, MICHAEL JARUSIEWICZ, RUSSELL KELEMEN, SR., EDWARD KLIMESAK, JR, CHARLES MATTS, PAUL STRINCOSKI, RICHARD SWERSKI, FRANK TOMASZEWSKI, DAN VESHELA, ANTHONY YASTROWEAK, | Civil Action<br>No. 3:09-cv-00726<br><br>RECEIVED<br>AUG 18 2010<br>AT 8:30<br>WILLIAM T. WALSH<br>CLERK |

```
ELAINE SUMMERSETT, MARILYN THOMAS,       :
BARBARA WILKINS, ELAINE SUMMERSETT,      :
MARILYN THOMAS, BARBARA WILKINS,         :
JOHN LUBNIEWSKI, TIM LAFFEY, DONALD      :
BATES, THOMAS KLIMESAK, MICHAEL          :
SMITH, WILLIAM MARTIN, ROBERT FARINA     :
RICHARD BARTUS, DENNIS BRISSON           :
PATRICK CURREY, STANLEY                  :
KLIMASZEWSKI, EDWARD MOORE,              :
SCOTT NEOMYER, KEVIN O'NEILL,            :
LUDWIG RUCINSKI, JOHN WALTON,            :
ANDREW BELLAMY, CHARLES BROWN,           :
JEREMIAH BUNTON, ZYGMUND                 :
RODZAJEWSKI, LEKAN ADEOYE,               :
MARK MASTERSON, CHARLES SMALTINO,        :
CHRISTINE YANDA, and                     :
FREDERICK FREDERICKS,                    :
as individuals and                       :
as party plaintiffs on behalf of all other similarly :
- situated individuals who may determine :
to join this action,                     :
            Plaintiffs                   :
                                         :
         v.                              :
                                         :
BRISTOL-MYERS SQUIBB COMPANY             :   JURY TRIAL DEMANDED
                                         :
         Defendant.                      :
-----------------------------------------x
```

## ORDER

*AND NOW THIS* 17th day of August 2010,

*ORDERED* and *DECREED* that the plaintiffs listed on the attached Appendix are to be dismissed with prejudice by stipulation of the parties.

As to these plaintiffs and their dismissal, no costs and fees are awarded or contemplated.

We hereby consent to the form
and content of the within stipulated Order

MARKOWITZ & RICHMAN                    PROSKAUER ROSE, LLP

By:___/S/ Peter Demkovitz___           By:___/S/ Jeremy Brown___
Peter H. Demkovitz, Esquire            Jeremy Brown, Esquire
Suite 1100                             Proskauer Rose, LLP
121 South Broad Street                 One Newark Center
Philadelphia, PA 19107                 Newark, NJ 07102-5211
Attorney for Plaintiffs                Attorney for Defendant

BY THE COURT:

_____
THE HONORABLE FREDA L. WOLFSON, U.S.D.J.